UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**(CASES CONSOLIDATED FOR DISCOVERY PURPOSES ONLY)**

CASE NO. 16-61031-CIV-WPD
Magistrate Judge Snow

TANGSHAN GANGLU,
IRON & STEEL CO., LTD.,

Plaintiff,

vs.

BECKER& POLIAKOFF, P.A. and
PAMELA ANSELMO,

Defendants.
______________________________________/

CASE NO. 16-62988-CIV-WPD
(Case no.14-32819-JKO)
Chapter 7

In re:

US CAPITAL/FASHION MALL, LLC, et al.,
Debtor,
__________________________________________/

KENNETH A. WELT, Chapter 7 Trustee
of the estates of the Debtors,

(Adv. Pro. No. 16-01570-JKO-BKC-A)

Plaintiff,
v.

Magistrate Judge Snow

BECKER & POLIAKOFF, P.A.,
a Florida Professional Association, and
PAMELA ANSELMO, an individual,

Defendants.
__________________________________________/

**PLAINTIFF'S NOTICE OF STRIKING D.E. 133**

Plaintiff, Tangshan Ganglu Iron & Steel, Co., LTD ("Ganglu" or "Plaintiff") hereby files this Notice of Striking D.E. 133.[1]

Dated: May 5, 2017

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Counsel for Plaintiff*
201 S. Biscayne Blvd., 22nd Floor
Miami, Florida 33131-4301
(305) 403-8788 Main
(305) 403-8789 Facsimile

By: */s/ Lawrence A. Kellogg, P.A.*
LAWRENCE A. KELLOGG, P.A.
Florida Bar No. 328601
E-Mail: lak@lklsg.com
JEZABEL P. LIMA, ESQ.
Florida Bar No. 519431
E-Mail: jl@lklsg.com

[1] Per D.E.119, on May 4, 2017, Plaintiff filed D.E. 133, which was its response to D.E. 117. However, it is being stricken because it references and attaches D.E. 133-2, an exhibit which Defendants claim consists of inadvertently produced attorney-client materials. Pursuant to instructions issued by the Trustee's counsel to undersigned counsel today, Plaintiff agreed to file a notice to strike all references to D.E. 133-2 from the court record and destroy all copies of such documents. For the record, undersigned counsel did not learn about Defendants' claim that the exhibit consists of inadvertently produced attorney-client materials until today. Undersigned counsel independently reviewed this exhibit for privilege and found that it did not contain any attorney-client privileged communications.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2017, the foregoing was filed with the Court's CM/ECF Service, which will provide electronic notice to counsel of record to:

Becker & Poliakoff, P.A. and
Pamela Anselmo
c/o Robert D. Critton, Jr.
**CRITTON LUTTIER COLEMAN, LLP**
303 Banyan Boulevard, Suite 400
West Palm Beach, FL 33401
(561) 842-2820- Main
Primary E-Mail: rcritton@lawclc.com

D. David Keller
**KELLER LANDSBERG PA**
Broward Financial Centre, Suite 1400
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 761-3550
Facsimile: (954) 525-2134
Email: david.keller@kellerlandsberg.com
Email: laura.kelly@kellerlandsberg.com
*Co-counsel for Defendant Pamela Anselmo*

Greg M. Garno
**GENOVESE JOBLOVE&BATTISTA, P.A.**
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email:ggarno@gjb-law.com
Email: gmoses@gjb-law.com
Email: dcimo@gjb-law.com
Email: mschuster@gjb-law.com

By: */s/ Lawrence A. Kellogg, P.A.*
LAWRENCE A. KELLOGG, P.A.

10M4706