# Exhibit 2

Deposition of Pamela Anselmo * Vols. 1 & 2                Tangshan Ganglu Iron & Steel Co. vs. Mapuche, LLC

```
 1       Q      What was the guarantee issue you just
 2   mentioned?
 3       A      That either Mapuche or a live person had
 4   to guarantee the obligations of the borrower.
 5       Q      Did Mapuche guarantee those obligations?
 6       A      I think that with that loan it was
 7   finally finished that it worked out just with
 8   Mr. Chen giving the guarantee.  I don't believe
 9   Mapuche ended up with being the guarantor.
10       Q      Did the lender explicitly state that the
11   Mapuche operating agreement needed to be amended
12   in connection with that loan?
13       A      Yes.
14       Q      By the way do you know how Becker &
15   Poliakoff was first introduced to Mr. Chen?
16       A      I believe through immigration.
17       Q      One of your immigration lawyers?
18       A      Yes.
19       Q      Do you know who that person was?
20       A      Philip Guo.
21       Q      How do you spell that?
22       A      Philip, P-H-I-L-I-P, Guo, G-U-O or G-O
23   and U.  The O and U could be either order, I don't
24   know.
25       Q      He was a former Becker & Poliakoff
```

Deposition of Pamela Anselmo * Vols. 1 & 2     Tangshan Ganglu Iron & Steel Co. vs. Mapuche, LLC

```
 1   lawyer?
 2       A     Yes.
 3       Q     You mentioned a person this morning
 4   named Jerry Jaing?
 5       A     Yes.
 6       Q     What is his title or his role with
 7   Mapuche entities?
 8             MR. DESOUZA:  Objection.
 9             THE WITNESS:  I do not know.
10   BY MR. MARDER:
11       Q     Do you have any idea what he does?
12       A     He is an assistant level but I don't
13   know what his title is.
14       Q     All right.  Going back to where we were.
15   We were talking about the various meetings with
16   Mr. Du that you attended.  Do you recall?
17       A     Yes.
18       Q     We talked about the first meeting and
19   second meeting; is that right?
20       A     Yes.
21       Q     And if I remember correctly the first
22   meeting dealt with the acquisition of the
23   49 percent interest; correct?
24       A     Yes.
25       Q     Then the second one dealt with this
```